UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

07-60224 CASE NO. CR-MARRA MAGISTRATE JUDGE VITUNAC
18 USC 3146(a)(1)
18 USC 401

UNITED STATES OF AMERICA

vs.

LUCAS SEDENO,

Defendant.
_______________________________/

FILED BY ____ D.C.
2007 SEP 13 PM 4:16

**INDICTMENT**

The Grand Jury charges that:

**COUNT 1**

On or about August 27, 2003, in Broward County, in the Southern District of Florida, the defendant,

**LUCAS SEDENO,**

having previously been charged in the case of United States v. Lucas Sedeno, Case No. 03-60200-Cr-Marra, with violations of Title 18, United States Code, Sections 371, 659, and 2, that is, conspiracy to receive and possess goods of value in excess of $1,000, knowing such goods to have been stolen and knowingly received and possessed goods of value in excess of $1,000, offenses punishable by imprisonment for a term of five years or more, and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, Section 3142 et seq., did knowingly and willfully fail to appear before said Court as required by the conditions of his release, in that the defendant failed to appear for Pretrial Services as ordered by this Court on or about August 19, 2003, in violation of Title 18, United States Code, Section 3146(a)(1), 3146(b)(1)(A)(ii), and 3146(b)(2).

**COUNT 2**

On or about August 27, 2003, in Broward County, in the Southern District of Florida, the defendant,

**LUCAS SEDENO,**

knowingly and willfully, and in disobedience to and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given at Broward County, Florida, on or about August 19, 2003, in the case of United States v. Lucas Sedeno Case No.O3-60200-Cr-Marra, did fail to appear to Pretrial Services as ordered by the Court; in violation of Title 18, United States Code, Section 401(3).

A TRUE BILL

[redacted]

FOREPERSON

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY

ROGER W. POWELL
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

v.

LUCAS SEDENO

**CASE NO.** ______________________

**CERTIFICATE OF TRIAL ATTORNEY***

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

**Superseding Case Information:**

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) NO
List language and/or dialect ______________________

4. This case will take _1_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| | (Check only one) | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No)NO
If yes:
Judge: ______________________ Case No. ______________________
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) NO
If yes:
Magistrate Case No. ______________________
Related Miscellaneous numbers: 04-60138-CR-Marra
Defendant(s) in federal custody as of ______________________
Defendant(s) in state custody as of ______________________
Rule 20 from the ______________________ District of ______________________

Is this a potential death penalty case? (Yes or No) NO

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003? ___ Yes _X_ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No
If yes, was it pending in the Central Region? ___ Yes _X_ No

9. Did this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? ___ Yes _X_ No

10. Does this case originate from a matter pending in the Narcotics Section (Miami) prior to May 18, 2003? ___Yes _X_No

Roger W. Powell
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 341411

*Penalty Sheet(s) attached

REV.1/14/04

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
## PENALTY SHEET

Defendant's Name: LUCAS SEDENO No.: ____________

Count #I:
Failure to appear 18:3146(a)(1)

*Max Penalty: Not more than 5 years' imprisonment and $250,000 fine

Count #II:
Criminal Contempt 18:401

*Max Penalty: Penalty Is at the discretion of the court

Count #:

*Max Penalty:

Count # :

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**