UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 03-60200-CR-MARRA
07-60224-CR-MARRA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

LUCAS SEDENO,

Defendant.
______________________________________:

**DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT**

Defendant, Lucas Sedeno, through undersigned counsel, submits the following objections to the presentence investigation report. Specifically, Defendant states:

1. As to paragraph 30, Defendant was not an organizer/leader. He is also not responsible for an amount of loss of $147,000. As stated by the government at the plea colloquy, the amount of loss attributable to Defendant is $87,000.
2. As to paragraph 47, based upon an amount of loss of $87,000, the offense level is increased by 6 and the resulting offense level is 14.
3. As to paragraph 50, Defendant was not an organizer or leader, and should not receive a two level increase.
4. As to paragraph 52, Defendant's adjusted offense level is 16.
5. As to paragraph 56, Defendant's total offense level is 13.

6. As to paragraph 97, based upon the foregoing, with a total offense level of 13, criminal history category II, Defendant's advisory guideline range is 15 to 21 months imprisonment.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

s/ Peter Birch
Peter Birch
Assistant Federal Public Defender
Attorney for the Defendant
Florida Bar No. 304281
450 South Australian Ave., Suite 500
West Palm Beach, FL 33401
TEL: (561) 833-6288
*Peter_Birch@FD.org*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record *via* transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/Peter Birch*
Peter Birch